**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

RESTORATION HARDWARE, INC., et al.,

No. C-16-455 MMC

12

       Plaintiffs,

**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS**

v.

13

HOUZZ, INC.,

14
15

      Defendant.

_____/

16
17

    On March 11, 2016, the above-titled action was reassigned to the undersigned.

18

    To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to

19

submit forthwith chambers copies of the Complaint, filed January 26, 2016, and all exhibits

20

attached thereto.

21

    **IT IS SO ORDERED.**

22
23

Dated: May 5, 2016

_____
MAXINE M. CHESNEY
United States District Judge

24
25
26
27
28