JENNIFER LEE TAYLOR (CA SBN 161368)
*JTaylor@mofo.com*
ANNA FERRARI (CA SBN 261579)
*AFerrari@mofo.com*
SABRINA A. LARSON (CA SBN 291661)
*SLarson@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC. and RH US, LLC

JENNIFER A. GOLINVEAUX
*JGolinveaux@winston.com*
DIANA H. LEIDAN
DHLiedan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone:   415.591.1506
Facsimile:    415.591.1400

Attorneys for Defendant
HOUZZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESTORATION HARDWARE, INC. and RH US, LLC,<br><br>                    Plaintiffs,<br><br>         v.<br><br>HOUZZ INC.,<br><br>                    Defendant. | Case No. 4:16-cv-00455-MMC<br><br>**JOINT STIPULATED REQUEST TO EXTEND THE JULY 26, 2016 MEDIATION DEADLINE AND [PROPOSED] ORDER**<br><br>Hon. Maxine M. Chesney<br>Complaint Filed:  January 26, 2016<br>Trial Date:  None Set |

1 | Plaintiffs Restoration Hardware, Inc. and RH US, LLC ("Plaintiffs") and Defendant Houzz Inc. ("Defendant") stipulate and respectfully request the Court to extend the mediation deadline currently set for July 26, 2016.  In support of their request, the parties state as follows:

WHEREAS, the parties appeared before this Court for a scheduling conference on May 6, 2016;

WHEREAS, the Court set a deadline of July 26, 2016 for the parties to complete Court-ordered mediation;

WHEREAS, the parties have held on-going discussions regarding settlement;

WHEREAS, the parties last met on July 11, 2016 to discuss settlement;

WHEREAS, the parties have agreed to extend the July 26, 2016 mediation deadline to permit the parties to engage in further settlement discussions amongst themselves; and

WHEREAS, there has been one previous extension of time in this matter extending Defendant's time to answer (Dkt. No. 10), and the stipulated extension does not affect any existing date or deadline,

Based on the foregoing, the parties stipulate and respectfully request that this Court extend the mediation deadline—currently set for July 26, 2016—to September 19, 2016.


Dated: July 26, 2016                    JENNIFER LEE TAYLOR
                                        ANNA FERRARI
                                        SABRINA A. LARSON
                                        MORRISON & FOERSTER LLP


                                        By:  *s/ Jennifer Lee Taylor*
                                             JENNIFER LEE TAYLOR

                                        Attorneys for Plaintiffs
                                        RESTORATION HARDWARE, INC.
                                        and RH US, LLC

Dated: July 26, 2016                JENNIFER A. GOLINVEAUX
                                    WINSTON & STRAWN LLP


                               By:  *s/ Jennifer A. Golinveaux*
                                    JENNIFER A. GOLINVEAUX

                                    Attorneys for Defendant
                                    HOUZZ INC.


## ATTESTATION

I, Jennifer Lee Taylor, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Time to Respond to Complaint.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jennifer A. Golinveaux has concurred in this filing.

Dated: July 26, 2016                JENNIFER LEE TAYLOR
                                    ANNA FERRARI
                                    SABRINA A. LARSON
                                    MORRISON & FOERSTER LLP


                               By:  *s/ Jennifer Lee Taylor*
                                    JENNIFER LEE TAYLOR

                                    Attorneys for Plaintiffs
                                    RESTORATION HARDWARE, INC.
                                    and RH US, LLC

# [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION

The Parties' stipulated request to extend the mediation deadline to September 19, 2016 is hereby GRANTED

**IT IS SO ORDERED.**

Dated: July 27, 2016

Hon. Maxine M. Chesney
United States District Judge