JENNIFER LEE TAYLOR (CA SBN 161368)
*JTaylor@mofo.com*
ANNA FERRARI (CA SBN 261579)
*AFerrari@mofo.com*
SABRINA A. LARSON (CA SBN 291661)
*SLarson@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC. and RH US, LLC

JENNIFER A. GOLINVEAUX
*JGolinveaux@winston.com*
DIANA H. LEIDEN
*DHLeiden@winston.com*
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone:   415.591.1506
Facsimile:   415.591.1400

Attorneys for Defendant
HOUZZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESTORATION HARDWARE, INC. and RH US, LLC,<br><br>              Plaintiffs,<br><br>     v.<br><br>HOUZZ INC.,<br><br>              Defendant. | Case No. 4:16-cv-00455-MMC<br><br>**JOINT STIPULATED REQUEST TO EXTEND CERTAIN PRETRIAL DATES AND [PROPOSED] ORDER**<br><br>Hon. Maxine M. Chesney<br>Complaint Filed:  January 26, 2016<br>Trial Date:  July 10, 2017 |

Plaintiffs Restoration Hardware, Inc. and RH US, LLC ("Plaintiffs") and Defendant Houzz Inc. ("Defendant") stipulate and respectfully request the Court to extend certain dates in the schedule set by the Court in its Pretrial Preparation Order (Dkt. No. 27). In support of their request, the parties state as follows:

WHEREAS, the parties appeared before this Court for a scheduling conference on May 6, 2016;

WHEREAS, the Court set certain dates for the parties' pretrial schedule;

WHEREAS, the parties have held on-going discussions regarding settlement;

WHEREAS, the parties attended a mediation on September 15, 2016 to discuss settlement;

WHEREAS, the parties are continuing to discuss settlement following the mediation, including with a follow-up phone call with the mediator;

WHEREAS, the parties are actively engaged in discovery;

WHEREAS, the parties have agreed to extend certain pretrial dates to permit the parties to engage in further settlement discussions amongst themselves and, if necessary, to complete fact and expert discovery; and

WHEREAS, there have been two previous extensions of time in this matter extending (i) Defendant's time to answer (Dkt. No. 10) and (ii) the Parties' deadline by which to complete mediation (Dkt. No. 31), and the stipulated extension does not affect the scheduled trial date,

Based on the foregoing, the parties stipulate and respectfully request that this Court extend certain pretrial dates as follows:

| Event | Current | Proposed |
|---|---|---|
| Fact discovery cut off | October 31, 2016 | December 2, 2016 |
| Opening expert report | November 14, 2016 | December 16, 2016 |
| Rebuttal expert report | December 9, 2016 | January 13, 2017 |
| Expert discovery cut off | January 9, 2017 | February 6, 2017 |
| Dispositive motion deadline | February 10, 2017 | March 3, 2017 |

| | | |
|---|---|---|
| Last day for dispositive motion hearing (35 days after dispositive motion deadline) | March 17, 2017 | April 7, 2017 |
| CMC | April 28, 2017 | May 5, 2017 |
| Pretrial Conference | June 6, 2017 | June 6, 2017 |
| Trial | July 10, 2017 | July 10, 2017 |

Dated:  September 20, 2016

JENNIFER LEE TAYLOR
ANNA FERRARI
SABRINA A. LARSON
MORRISON & FOERSTER LLP


By:  *s/ Jennifer Lee Taylor*
     JENNIFER LEE TAYLOR

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC.
and RH US, LLC

Dated:  September 20, 2016

JENNIFER A. GOLINVEAUX
WINSTON & STRAWN LLP


By:  *s/ Jennifer A. Golinveaux*
     JENNIFER A. GOLINVEAUX

Attorneys for Defendant
HOUZZ INC.

JOINT STIPULATED REQUEST TO EXTEND PRETRIAL DATES AND [PROP] ORDER
CASE NO. 4:16-CV-00455
sf- 3695841

2

**ATTESTATION**

I, Jennifer Lee Taylor, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Time to Respond to Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jennifer A. Golinveaux has concurred in this filing.

Dated: September 20, 2016

JENNIFER LEE TAYLOR
ANNA FERRARI
SABRINA A. LARSON
MORRISON & FOERSTER LLP

By: *s/ Jennifer Lee Taylor*
JENNIFER LEE TAYLOR

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC.
and RH US, LLC

### [PROPOSED] ORDER EXTENDING DATES

The Parties' stipulated request to extend ~~the following~~ certain pretrial deadlines is hereby GRANTED~~:~~, and the following dates shall apply:

| Event | New Date |
|---|---|
| Fact discovery cut off | December 2, 2016 |
| Opening expert report | December 16, 2016 |
| Rebuttal expert report | January 13, 2017 |
| Expert discovery cut off | February 6, 2017 |
| Dispositive motion deadline | March 3, 2017 |
| Last day for dispositive motion hearing (35 days after dispositive motion deadline) | April 7, 2017 |
| ~~CMC~~ Further Status Conference | May 5, 2017 |
| Pretrial Conference | June 6, 2017   (meet and confer by May 1, 2017) |
| Trial | July 10, 2017 |

**IT IS SO ORDERED.**

Dated: September 22, 2016

_____
Hon. Maxine M. Chesney
United States District Judge

JOINT STIPULATED REQUEST TO EXTEND PRETRIAL DATES AND ~~[PROP]~~ ORDER
CASE NO. 4:16-CV-00455
sf- 3695841

4