JENNIFER LEE TAYLOR (CA SBN 161368)
*JTaylor@mofo.com*
ANNA FERRARI (CA SBN 261579)
*AFerrari@mofo.com*
SABRINA A. LARSON (CA SBN 291661)
*SLarson@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC. and RH US, LLC

JENNIFER A. GOLINVEAUX
*JGolinveaux@winston.com*
DIANA H. LEIDEN
*DHLeiden@winston.com*
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone: 415.591.1506
Facsimile: 415.591.1400

Attorneys for Defendant
HOUZZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESTORATION HARDWARE, INC. and RH US, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOUZZ INC.,<br><br>Defendant. | Case No. 4:16-cv-00455-MMC<br><br>**JOINT STIPULATED REQUEST TO EXTEND CERTAIN PRETRIAL DATES AND [PROPOSED] ORDER**<br><br>Hon. Maxine M. Chesney<br>Complaint Filed: January 26, 2016<br>Trial Date: July 10, 2017 |

1 Plaintiffs Restoration Hardware, Inc. and RH US, LLC ("Plaintiffs") and Defendant Houzz Inc. ("Defendant") stipulate and respectfully request the Court to extend certain dates in the schedule set by the Court in its Pretrial Preparation Order (Dkt. No. 27) and in its Order to Extend Certain Pretrial Dates (Dkt. No 41). In support of their request, the parties state as follows:

WHEREAS, the parties appeared before this Court for a scheduling conference on May 6, 2016;

WHEREAS, the Court set certain dates for the parties' pretrial schedule;

WHEREAS, the parties have held on-going discussions regarding settlement and attended a mediation on September 15, 2016 to discuss settlement;

WHEREAS, the parties stipulated to extend certain pretrial dates and the Court granted the extension on September 22, 2016 (Dkt. No. 41);

WHEREAS, since that time the parties have continued to discuss settlement and have agreed to arrange a second session with a private mediator;

WHEREAS, due to scheduling conflicts the parties cannot hold this mediation session until later in November;

WHEREAS, the parties are actively engaged in discovery;

WHEREAS, the parties have agreed to extend certain pretrial dates to permit the parties to engage in further settlement discussions with a private mediator and, if necessary, to complete fact and expert discovery; and

WHEREAS, there have been three previous extensions of time in this matter extending (i) Defendant's time to answer (Dkt. No. 10), (ii) the Parties' deadline by which to complete mediation (Dkt. No. 31), and (iii) certain pretrial dates (Dkt. No. 41) and the stipulated extension does not affect the scheduled trial date,

Based on the foregoing, the parties stipulate and respectfully request that this Court extend certain pretrial dates as follows:

| Event | Current | Proposed |
|---|---|---|
| Fact discovery cut off | December 2, 2016 | December 16, 2016 |
| Opening expert report | December 16, 2016 | December 31, 2016 |
| Rebuttal expert report | January 13, 2017 | January 27, 2017 |
| Expert discovery cut off | February 6, 2017 | February 13, 2017 |
| Dispositive motion deadline | March 3, 2017 | March 10, 2017 |
| Last day for dispositive motion hearing (35 days after dispositive motion deadline) | April 7, 2017 | April 14, 2017 |
| Further Status Conference | May 5, 2017 | May 5, 2017 |
| Pretrial Conference | June 6, 2017 | June 6, 2017 |
| Trial | July 10, 2017 | July 10, 2017 |

Dated: October 28, 2016

JENNIFER LEE TAYLOR
ANNA FERRARI
SABRINA A. LARSON
MORRISON & FOERSTER LLP


By: *s/ Jennifer Lee Taylor*
    JENNIFER LEE TAYLOR

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC.
and RH US, LLC

Dated: October 28, 2016

JENNIFER A. GOLINVEAUX
WINSTON & STRAWN LLP


By: *s/ Jennifer A. Golinveaux*
    JENNIFER A. GOLINVEAUX

Attorneys for Defendant
HOUZZ INC.

**ATTESTATION**

I, Jennifer Lee Taylor, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Time to Respond to Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jennifer A. Golinveaux has concurred in this filing.

Dated: October 28, 2016

JENNIFER LEE TAYLOR
ANNA FERRARI
SABRINA A. LARSON
MORRISON & FOERSTER LLP

By: *s/ Jennifer Lee Taylor*
    JENNIFER LEE TAYLOR

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC.
and RH US, LLC

# [PROPOSED] ORDER EXTENDING DATES

The Parties' stipulated request to extend certain pretrial deadlines is hereby GRANTED:

| Event | New Date |
| --- | --- |
| Fact discovery cut off | December 16, 2016 |
| Opening expert report | December 31, 2016 |
| Rebuttal expert report | January 27, 2017 |
| Expert discovery cut off | February 13, 2017 |
| Dispositive motion deadline | March 10, 2017 |
| Last day for dispositive motion hearing (35 days after dispositive motion deadline) | April 14, 2017 |
| Further Status Conference | May 5, 2017 |
| Pretrial Conference | June 6, 2017 (meet and confer by May 1, 2017) |
| Trial | July 10, 2017 |

**IT IS SO ORDERED.**

Dated: October 28, 2016

Hon. Maxine M. Chesney
United States District Judge